UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
FERNANDO BARBECHO, on behalf of
himself and others similarly situated,

                                                              No. 15 CV 0170-LTS

                  Plaintiff,

      -against-                             ORDER

MATRAT LLC d/b/a GUY & GALLARD
et al.,

                               Defendants.
-------------------------------------------------------x

        On September 21, 2020, Plaintiff filed a Motion to Enforce the Settlement Agreement in this action, see docket entry 48, with an accompanying memorandum of law and declaration of Anne Seelig, Esq, in support of the motion.  (See docket entry nos. 49-50.)  No opposition to Plaintiff's motion has been filed by the Defendants.

        The Court hereby directs the parties to file a status report, by July 30, 2021, as to the performance of the settlement agreement and whether it remains necessary for the Court to address Plaintiff's motion.

        SO ORDERED.

Dated: New York, New York
          July 23, 2021

                                                        /s/ Laura Taylor Swain
                                                       LAURA TAYLOR SWAIN
                                                       Chief United States District Judge