**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X
FERNANDO BARBECHO, on behalf of himself
and others similarly situated,

                Plaintiff,                    15 **CIVIL** 170 (LTS)

       -against-                          **JUDGMENT**

MATRAT LLC d/b/a GUY & GALLARD et al.,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated August 30, 2021, Plaintiff's motion to enforce the settlement agreement is granted, in part, and denied, in part. Judgment is entered in Plaintiff's favor for $660,000, the amount owed pursuant to the parties' settlement agreement, plus post-judgment interest at the statutory rate. Plaintiff's request for attorneys' fees is denied without prejudice to the filing of a properly-supported motion pursuant to Federal Rule of Civil Procedure 54(d).

**Dated:**  New York, New York
           August 30, 2021

                                                            **RUBY J. KRAJICK**
                                                             _____
                                                                Clerk of Court
                                          **BY:**
                                                                 **Deputy Clerk**